UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF WASHINGTON
AT SEATTLE

| | |
|---|---|
| JAMES CONNER GREEN, | CASE NO. 2:24-cv-2182-JNW |
| Plaintiff, | DISMISSAL ORDER |
| v. | |
| STATE OF WASHINGTON and DISTRICT ATTORNEY, | |
| Defendants. | |

The Court raises this matter on its own accord.

Plaintiff James Conner Green initiated this action on December 27, 2024, by filing a proposed complaint. Dkt. No. 1. On January 8, 2025, the Clerk of Court notified Green of deficiencies in his filing, specifically his failure to pay the filing fee or apply for in forma pauperis (IFP) status. Dkt. No. 3. The Clerk notified Green that these deficiencies must be corrected by February 7, 2025, and expressly warned that failure to do so could result in dismissal of his case. As of this date, Green has not paid the filing fee or submitted an IFP application.

"A party must pay the Civil Filing Fee when it files . . . any civil action except for proceedings in forma pauperis under LCR 3(c) or as otherwise exempted by law."

DISMISSAL ORDER - 1

LCR 3(b); *see also* 28 U.S.C. § 1914(a). An action may proceed without the immediate payment of a filing fee only for parties proceeding IFP. *See* 28 U.S.C. § 1915. Absent IFP status, however, failure to pay the filing fee results in dismissal without prejudice. *See Olivares v. Marshall*, 59 F.3d 109, 112 (9th Cir. 1995).

Green's continued failure to either pay the filing fee or apply for IFP status precludes his case from moving forward. The Court therefore DISMISSES this action without prejudice. The Court directs the Clerk to close this case.

Dated this 21st day of April, 2025.

Jamal N. Whitehead
United States District Judge

DISMISSAL ORDER - 2